# Exhibit B

## Loan Summary

**SSN:** [redacted] **DOB:** [redacted] **Name:** EARL THOMAS **Role(s):** , PLUS Borrower,

Clear Aid Recipient

# Loan Summary

Financial Aid Dashboard > Loan Summary

View Loan Linking History>

## Total Outstanding Balance

As of N/R

**Total Outstanding Principal Balance:** $0

**Total Outstanding Interest Balance:** $0

**Total Other Fees:** $0

Filter

**Sort By:** Loan Date

Export to CSV

### 2

**Loan Type:** D4-Direct PLUS Parent

**Loan Status:** DS-Defaulted, then Disabled as of 12/15/2025

**Award Year:** 2019-2020

View Loan Details >

| | | | |
|---|---|---|---|
| **Loan Amount:** $32,000 | **School Name:** 02192800-Walnut Hill College | **Outstanding Principal Balance:** $0 | **Aggregate OPB:** $0 |
| **Loan Date:** 02/03/2020 | **Academic Level:** 3-3rd-Junior | **Outstanding Interest Balance:** $0 | **Capitalized Interest:** $1,834 |
| **Loan Period:** 02/03/2020-11/10/2020 | **Federal Loan Servicer:** 512-DEPT OF ED/MOHELA | **Cumulative Disbursed Amount:** $32,000 | **Most Recent Disbursed Date:** 09/02/2020 |

Capitalized Interest | Discharge | Disability Discharge | Federally-Serviced | PLUS Parent

### 1

**Loan Type:** D4-Direct PLUS Parent

**Loan Status:** DS-Defaulted, then Disabled as of 12/15/2025

**Award Year:** 2018-2019

View Loan Details >

| | | | |
|---|---|---|---|
| **Loan Amount:** $26,632 | **School Name:** 02192800-Walnut Hill College | **Outstanding Principal Balance:** $0 | **Aggregate OPB:** $0 |
| **Loan Date:** 04/22/2019 | **Academic Level:** 2-2nd-Soph. | **Outstanding Interest Balance:** $0 | **Capitalized Interest:** $2,768 |
| **Loan Period:** 04/22/2019-02/01/2020 | **Federal Loan Servicer:** 512-DEPT OF ED/MOHELA | **Cumulative Disbursed Amount:** $26,632 | **Most Recent Disbursed Date:** 11/06/2019 |

Capitalized Interest | Discharge | Disability Discharge | Federally-Serviced | PLUS Parent

FSA Handbook

Knowledge Center FAQ

TRAINING

Training Resources

FSA Training Conference

Financial Aid Toolkit

Calculating Awards & Packaging

Origination & Disbursement

Campus-Based Processing

Return of Title IV Funds

Reconciliation & Closeout

Default Prevention & Management

Maintain Eligibility

Audit Submission

Appeals

Cybersecurity

School Closures

Help Center

Frequently Asked Questions (FAQ)

Feedback Center

Important Dates

Data Center

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION
PROUD SPONSOR of the AMERICAN MIND®

FOIA | Privacy | Notices | usa.gov | ed.gov | Security