# Exhibit C

National Student Loan Data System (NSLDS) Details - Loans 1 & 2

H **SSN:** [redacted] **DOB:** [redacted] **Name:** EARL THOMAS **Role(s):** PLUS Borrower — Clear Aid Recipient

# Loan Detail

Financial Aid Dashboard > Loan Summary > Loan Detail

Expand All / Collapse All | Export to CSV

< Previous 1 of 2 Loans

1 **Loan Last Updated: 12/17/2025** — Federally Serviced

## Student Borrower Information

This loan was taken out on behalf of the selected Aid Recipient by a Student Borrower

**Name:** ALYSSA L. LEGETTE **SSN:** [redacted] **DOB:** [redacted]

## Amounts for Loan

View Outstanding Amount Balance History >

| Details | Loan | OPB | OIB | Cumulative Capitalized Interest | Other Fees |
|---|---|---|---|---|---|
| Date | 04/22/2019 | 12/15/2025 | 12/15/2025 | 10/31/2024 | |
| Amount | $26,632.00 | $0.00 | $0.00 | $2,768.00 | $0.00 |

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## Loan Information

**Loan Type:** D4 Direct PLUS Parent — Review Reaffirmation >

**Loan Status:** DS Defaulted, Then Disabled as of 12/15/2025

### Loan Details

**Loan Period:** 04/22/2019 02/01/2020

**Academic Level:** 2 2nd Soph.

**Academic Year:** 04/22/2019 02/01/2020

**Dependency Status:** Dependent

**Actual Interest Rate:** 7.600%

**Statutory Interest Rate:** 7.600% Fixed

**Date Entered Repayment:** 11/06/2019

**Aggregate OPB:** $0

### Payment Details

**Delinquency End Date:** 10/11/2025

**Next Payment Due:** 05/05/2026

**Cumulative Amount of Payment:** N/R

**Date of Default for CDR:** N/R

### MPN Details

**Discharge Code:** N/A

**MPN ID:** [redacted]

**Award Year:** 2019 2020

**MPN Status:** A Active note

**MPN Expiration Date:** 09/26/2029

## Loan Organizations

**School Name:** 02192800 Walnut Hill College

**Federal Loan Servicer:** 512 DEPT OF ED/MOHELA

## Loan Identifiers

**Award ID:** [redacted]

**NSLDS Label:** [redacted]

**Underlying Parent PLUS on Consolidation Loan Indicator:** N/R

**New DCL Resulted from JCL Separation Indicator:** N/R

**Consolidation Loan with ANY Parent PLUS Indicator:** N/R

## SULA Details

**SULA Eligible Indicator:** No

**SULA Eligible Date:** N/R

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## CDR Information

**Date Entered Repayment:** 11/06/2019

**Date of Default for CDR:** N/R

**Rehabilitation Date:** N/R

**Cohort Fiscal Year:** N/R

## Loan Status

View Outstanding Amount Balance History ›

| Status Date | Status |
|---|---|
| 12/15/2025 | DS Defaulted, Then Disabled |
| 10/07/2025 | FB Forbearance |
| 04/21/2025 | RP In Repayment |
| 07/26/2024 | FB Forbearance |
| 07/20/2024 | RP In Repayment |
| 06/04/2024 | FB Forbearance |
| 04/26/2024 | FB Forbearance |
| 04/14/2024 | RP In Repayment |
| 02/13/2024 | FB Forbearance |
| 02/01/2024 | RP In Repayment |
| 10/26/2023 | FB Forbearance |
| 09/01/2023 | RP In Repayment |
| 01/08/2022 | FB Forbearance |
| 02/03/2020 | DA Deferred |
| 01/02/2020 | FB Forbearance |

| Status Date | Status |
|---|---|
| 11/06/2019 | DA Deferred |
| 04/22/2019 | IA Loan Originated |

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## Activities

### Disbursements

| Date | Cumulative Amount | Disbursement Amount |
|---|---|---|
| 11/06/2019 | $26,632 | $8,968 |
| 08/28/2019 | $17,664 | $8,832 |
| 04/22/2019 | $8,832 | $8,832 |

**Last Updated:** 06/20/2024 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

### Refunds

| Date | Cumulative Amount | Refund Amount |
|---|---|---|
| No Refund information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

### Cancellations

| Date | Cumulative Amount | Cancellation Amount |
|---|---|---|
| No Cancellation information available for the Aid Recipient. | | |

**Last Updated:** 06/20/2024 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

### Deferments

| Start Date | End Date | Type |
|---|---|---|
| 07/08/2021 | 01/07/2022 | PE-6 Month Post-Enroll. |
| 02/03/2020 | 07/07/2021 | PD-Parent PLUS In School |
| 11/06/2019 | 01/01/2020 | PE-6 Month Post-Enroll. |

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

### Forbearance

| Start Date | End Date | Type | Fine-grain Forbearance Type Code |
|---|---|---|---|
| 10/07/2025 | 12/14/2025 | MA - Mandatory Administrative | MA09 |
| 07/26/2024 | 04/20/2025 | AD - Administrative | AD00 |
| 06/04/2024 | 07/19/2024 | AD - Administrative | AD00 |
| 02/13/2024 | 04/13/2024 | AD - Administrative | N/R |
| 10/26/2023 | 01/31/2024 | MA - Mandatory Administrative | N/R |
| 01/08/2022 | 08/31/2023 | MA - Mandatory Administrative | N/R |
| 01/02/2020 | 02/02/2020 | AD - Administrative | N/R |

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Rebate

| Type | Status | Status Date | Cumulative Amount | Rebate Amount |
|---|---|---|---|---|
| No Rebate Status information available for the Aid Recipient | | | | |

**Last Updated:** **Method:** N/R **Source:** N/R

## Interest Benefit

| Type | Status | Status Date | Rate |
|---|---|---|---|
| ACHP - ACH Payment | 1 - Rebate Benefit Eligible | 04/22/2019 | 0.25 % |

**Last Updated:** 06/20/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Repayment Plans

| Type | Disclosure Date | 1st Payment Due Date | IDR Plan Anniv. Date | Term (in months) | Scheduled Payment Effecti |
|---|---|---|---|---|---|
| SF - Standard | 03/27/2025 | 05/26/2025 | N/A | 119 | 05/26/2025 |
| SF - Standard | 09/27/2024 | 11/26/2024 | N/A | 119 | 11/26/2024 |
| SF - Standard | 06/14/2024 | 07/26/2024 | N/A | 119 | 07/26/2024 |
| SF - Standard | 04/14/2024 | 05/26/2024 | N/A | 115 | 05/26/2024 |
| SF - Standard | 02/18/2020 | 03/26/2020 | N/A | 119 | 03/26/2020 |

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## Discharge

| Type | Date | Posted Date | Discharge Amount | Cumulative OPB | Cumulative OIB | Indicator |
|---|---|---|---|---|---|---|

**Cumulative Discharge:** $32,577

| Type | Date | Posted Date | Discharge Amount | Cumulative OPB | Cumulative OIB | Indicator |
|---|---|---|---|---|---|---|
| DI01-Disability | 12/11/2025 | 12/15/2025 | $32,577 | $29,400 | $3,177 | Full |

**Cumulative Discharge:** $32,577

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## Forgiveness

| Type | Date | Posted Date | Forgiveness Amount | Cumulative Amount | Prev. Applied | State | Eligible Institution Type | Indicator |
|---|---|---|---|---|---|---|---|---|

No Forgiveness information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

## Teacher Loan Forgiveness

| Teacher Loan Forgiveness Teaching Begin Date | Teacher Loan Forgiveness Teaching End Date |
|---|---|

No Teacher Loan Forgiveness information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

## Auto Pay Status

| Auto-Debit Enrollment Indicator | Date Enrolled in Auto-Debit | Date Withdrew from Auto-Debit | Amount of Payment to be Autc |
|---|---|---|---|

No Auto Payment Status information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

Update

## Interest Subsidy Applied

| Monthly Payment Amount Less Than Monthly Accruing Interest Indicator | Effective Date | Amount of Interest Subsidy Applied |
|---|---|---|

No Interest Subsidy Applied information available for the Aid R

**Last Updated:** **Method:** N/R **Source:** N/R

Update

## Payments

| Effective Date | Type | Cumulative Amount | Payment Amount | Cumulative OPB | Cumulative OIB | Cumulative OFB |
|---|---|---|---|---|---|---|

No Payme

**Last Updated:** **Method:** N/R **Source:** N/R

## Collections

### Treasury Offset Program

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|
| No Treasury Offset Program information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

### DMCS

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|
| No DMCS information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

### Admin. Wage Garnishment

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|
| No Wage Garnishment information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

### Department Of Justice

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|
| No Department Of Justice information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

## IDR Progress Toward Forgiveness

| Submission Date: 2024-07-09 | Maximum Repayment Term | Progress Earned | Progress Earned At Prior Servicers |
|---|---|---|---|
| IBR - Income Based Repayment | 300 | 49 | 0 |
| PAYE - Pay As You Earn | 240 | 49 | 0 |

| | | | |
|---|---|---|---|
| SAVE - Saving on a Valuable Education | 300 | 49 | 0 |
| ICR - Income Contingent Repayment | 300 | 49 | 0 |

**Last Updated:** 07/10/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Loan Holder History

### Federal Loan Servicer

| Start Date | End Date | Code | Federal Loan Servicer |
|---|---|---|---|
| 06/04/2024 | Current | 512 | DEPT OF ED/MOHELA |
| 04/22/2019 | 06/03/2024 | 500 | DEPT OF ED/MOHELA |

**Last Updated:** 06/20/2024 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## Borrower to Borrower Loan Transfer

| Start Date | End Date | SSN | First Name | Date of Birth |
|---|---|---|---|---|
| No results were found. | | | | |

**Last Updated:** **Method:** N/R **Source:** N/R

Update

An official website of the United States government | Help Center | Contact Us



H **SSN:** [redacted] **DOB:** [redacted] **Name:** EARL THOMAS **Role(s):** PLUS Borrower Clear Aid Recipient

# Loan Detail



Expand All / Collapse All Export to CSV

2 of 2 Loans Next >

2 **Loan Last Updated: 12/17/2025** Federally Serviced

## Student Borrower Information

This loan was taken out on behalf of the selected Aid Recipient by a Student Borrower

**Name:** ALYSSA L. LEGETTE **SSN:** [redacted] **DOB:** [redacted]

## [redacted] for Loan

View Outstanding Amount Balance History >

| Details | Loan | OPB | OIB | Cumulative Capitalized Interest | Other Fees |
|---|---|---|---|---|---|
| Date | 02/03/2020 | 12/15/2025 | 12/15/2025 | 07/20/2024 | |
| Amount | $32,000.00 | $0.00 | $0.00 | $1,797.00 | $0.00 |

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## Loan Information

**Loan Type:** D4 Direct PLUS Parent Review Reaffirmation >

**Loan Status:** DS Defaulted, Then Disabled as of 12/15/2025

### Loan Details

**Loan Period:** 02/03/2020 11/10/2020

**Academic Level:** 3 3rd Junior

**Academic Year:** 02/03/2020 11/10/2020

**Dependency Status:** Dependent

**Actual Interest Rate:** 7.080%

**Statutory Interest Rate:** 7.080% Fixed

**Date Entered Repayment:** 09/02/2020

**Aggregate OPB:** $0

### Payment Details

**Delinquency End Date:** 10/11/2025

**Next Payment Due:** 05/05/2026

**Cumulative Amount of Payment:** N/R

**Date of Default for CDR:** N/R

### MPN Details

**Discharge Code:** N/A

**Award Year:** 2019 2020

## Loan Organizations

**School Name:** 02192800 Walnut Hill College

**Federal Loan Servicer:** 512 DEPT OF ED/MOHELA

## Loan Identifiers

**Award ID:** [redacted]

**NSLDS Label:** [redacted]

**Underlying Parent PLUS on Consolidation Loan Indicator:** N/R

**New DCL Resulted from JCL Separation Indicator:** N/R

**Consolidation Loan with ANY Parent PLUS Indicator:** N/R

**MPN ID:** [redacted]

**MPN Status:** A Active note

**MPN Expiration Date:** 09/26/2029

## SULA Details

**SULA Eligible Indicator:** No

**SULA Eligible Date:** N/R

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## CDR Information

**Date Entered Repayment:** 09/02/2020 **Date of Default for CDR:** N/R **Rehabilitation Date:** N/R

**Cohort Fiscal Year:** N/R

## Loan Status

View Outstanding Amount Balance History ›

| Status Date | Status |
|---|---|
| 12/15/2025 | DS Defaulted, Then Disabled |
| 10/07/2025 | FB Forbearance |
| 04/21/2025 | RP In Repayment |
| 07/26/2024 | FB Forbearance |
| 07/20/2024 | RP In Repayment |
| 06/04/2024 | FB Forbearance |
| 04/26/2024 | FB Forbearance |
| 04/14/2024 | RP In Repayment |
| 02/13/2024 | FB Forbearance |
| 02/01/2024 | RP In Repayment |
| 10/26/2023 | FB Forbearance |
| 09/01/2023 | RP In Repayment |
| 01/08/2022 | FB Forbearance |
| 09/02/2020 | DA Deferred |
| 02/03/2020 | IA Loan Originated |

Last Updated: 12/17/2025 Method: BATCH Source: 512 DEPT OF ED/MOHELA

## Activities

### Disbursements

| Date | Cumulative Amount | Disbursement Amount |
|---|---|---|
| 09/02/2020 | $32,000 | $10,668 |
| 04/20/2020 | $21,332 | $10,666 |
| 02/03/2020 | $10,666 | $10,666 |

Last Updated: 06/20/2024 Method: BATCH Source: 512 DEPT OF ED/MOHELA

### Refunds

| Date | Cumulative Amount | Refund Amount |
|---|---|---|
| No Refund information available for the Aid Recipient. | | |

Last Updated: Method: N/R Source: N/R

### Cancellations

| Date | Cumulative Amount | Cancellation Amount |
|---|---|---|
| No Cancellation information available for the Aid Recipient. | | |

Last Updated: 06/20/2024 Method: BATCH Source: 512-DEPT OF ED/MOHELA

### Deferments

| Start Date | End Date | Type |
|---|---|---|
| 07/08/2021 | 01/07/2022 | PE-6 Month Post-Enroll. |
| 09/02/2020 | 07/07/2021 | PD-Parent PLUS In School |

Last Updated: 12/17/2025 Method: BATCH Source: 512-DEPT OF ED/MOHELA

### Forbearance

| Start Date | End Date | Type | Fine-grain Forbearance Type Code |
|---|---|---|---|
| 10/07/2025 | 12/14/2025 | MA-Mandatory Administrative | MA09 |
| 07/26/2024 | 04/20/2025 | AD-Administrative | AD00 |
| 06/04/2024 | 07/19/2024 | AD-Administrative | AD00 |

| Start Date | End Date | Type | Fine-grain Forbearance Type Code |
|---|---|---|---|
| 02/13/2024 | 04/13/2024 | AD - Administrative | N/R |
| 10/26/2023 | 01/31/2024 | MA - Mandatory Administrative | N/R |
| 01/08/2022 | 08/31/2023 | MA - Mandatory Administrative | N/R |

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Rebate

| Type | Status | Status Date | Cumulative Amount | Rebate Amount |
|---|---|---|---|---|
| No Rebate Status information available for the Aid Recipient | | | | |

**Last Updated:** **Method:** N/R **Source:** N/R

## Interest Benefit

| Type | Status | Status Date | Rate |
|---|---|---|---|
| ACHP - ACH Payment | 1 - Rebate Benefit Eligible | 02/03/2020 | 0.25 % |

**Last Updated:** 06/20/2024 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## Repayment Plans

| Type | Disclosure Date | 1st Payment Due Date | IDR Plan Anniv. Date | Term (in months) | Scheduled Payment Effecti |
|---|---|---|---|---|---|
| SF - Standard | 03/27/2025 | 05/26/2025 | N/A | 120 | 05/26/2025 |
| SF - Standard | 09/27/2024 | 11/26/2024 | N/A | 120 | 11/26/2024 |
| SF - Standard | 06/14/2024 | 07/26/2024 | N/A | 120 | 07/26/2024 |
| SF - Standard | 04/14/2024 | 05/26/2024 | N/A | 116 | 05/26/2024 |
| SF - Standard | 08/28/2023 | 10/26/2023 | N/A | 118 | 10/26/2023 |

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## Discharge

| Type | Date | Posted Date | Discharge Amount | Cumulative OPB | Cumulative OIB | Indicator |
|---|---|---|---|---|---|---|
| DI01 - Disability | 12/11/2025 | 12/15/2025 | $37,323 | $33,835 | $3,488 | Full |

**Cumulative Discharge:** $37,323

**Last Updated:** 12/17/2025 **Method:** BATCH **Source:** 512 DEPT OF ED/MOHELA

## Forgiveness

| Type | Date | Posted Date | Forgiveness Amount | Cumulative Amount | Prev. Applied | State | Eligible Institution Type | Indicator |
|---|---|---|---|---|---|---|---|---|
| No Forgiveness information available for the Aid Recipient. | | | | | | | | |

Last Updated: Method: N/R Source: N/R

## Teacher Loan Forgiveness

| Teacher Loan Forgiveness Teaching Begin Date | Teacher Loan Forgiveness Teaching End Date |
|---|---|
| No Teacher Loan Forgiveness information available for the Aid Recipient. | |

Last Updated: Method: N/R Source: N/R

## Auto Pay Status

| Auto-Debit Enrollment Indicator | Date Enrolled in Auto-Debit | Date Withdrew from Auto-Debit | Amount of Payment to be Auto |
|---|---|---|---|
| No Auto Payment Status information available for the Aid Recipient. | | | |

Last Updated: Method: N/R Source: N/R

Update

## Interest Subsidy Applied

| Monthly Payment Amount Less Than Monthly Accruing Interest Indicator | Effective Date | Amount of Interest Subsidy Applied |
|---|---|---|
| No Interest Subsidy Applied information available for the Aid R | | |

Last Updated: Method: N/R Source: N/R

Update

## Payments

| Effective Date | Type | Cumulative Amount | Payment Amount | Cumulative OPB | Cumulative OIB | Cumulative OFB |
|---|---|---|---|---|---|---|
| No Payme | | | | | | |

Last Updated: Method: N/R Source: N/R

# Collections

## Treasury Offset Program

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|
| No Treasury Offset Program information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

## DMCS

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|
| No DMCS information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

## Admin. Wage Garnishment

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|
| No Wage Garnishment information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

## Department Of Justice

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|
| No Department Of Justice information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

## IDR Progress Toward Forgiveness

| Submission Date: 2024-07-09 | Maximum Repayment Term | Progress Earned | Progress Earned At Prior Servicers |
|---|---|---|---|
| IBR - Income Based Repayment | 300 | 43 | 0 |
| PAYE - Pay As You Earn | 240 | 43 | 0 |
| SAVE - Saving on a Valuable Education | 300 | 43 | 0 |
| ICR - Income Contingent Repayment | 300 | 43 | 0 |

**Last Updated:** 07/10/2024 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

## Loan Holder History

## Federal Loan Servicer

| Start Date | End Date | Code | Federal Loan Servicer |
|---|---|---|---|
| 06/04/2024 | Current | 512 | DEPT OF ED/MOHELA |
| 02/03/2020 | 06/03/2024 | 500 | DEPT OF ED/MOHELA |

**Last Updated:** 06/20/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Borrower to Borrower Loan Transfer

| Start Date | End Date | SSN | First Name | Date of Birth |
|---|---|---|---|---|
| No results were found. | | | | |

**Last Updated:** **Method:** N/R **Source:** N/R

Update

KNOWLEDGE CENTER

Knowledge Center Home
FSA Handbook
Knowledge Center FAQ

TRAINING

Training Resources
FSA Training Conference
Financial Aid Toolkit

FINANCIAL AID DELIVERY

Application & Verification
Calculating Awards & Packaging
Origination & Disbursement
Campus-Based Processing
Return of Title IV Funds
Reconciliation & Closeout
Default Prevention & Management

TITLE IV PROGRAM ELIGIBILITY

Title IV Participation Application
Maintain Eligibility
Audit Submission
Appeals
Cybersecurity
School Closures

MORE INFO

About NSLDS Professional Access
Help Center
Frequently Asked Questions (FAQ)
Feedback Center
Important Dates
Data Center

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION
PROUD SPONSOR of the AMERICAN MIND®

FOIA | Privacy | Notices | usa.gov | ed.gov | Security