**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EARL THOMAS,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **EXPERIAN INFORMATION SOLUTIONS INC.; et al.,** *Defendants.* | : | **No. 26-cv-2371** |

**ORDER**

**AND NOW**, this **30th** day of **September 2026**, upon consideration of Defendant United States Department of Education's Motion to Dismiss ("Defendant DOE's Motion to Dismiss") (ECF No. 31) and Plaintiff's Opposition (ECF No. 34), it is hereby **ORDERED** as follows:

1. Defendant DOE's Motion to Dismiss (ECF No. 31) is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion.
2. Count I of Plaintiff's Complaint (ECF No. 1) is **DISMISSED without prejudice** against Defendant United States Department of Education.
3. Plaintiff's request for leave to amend the Complaint is **GRANTED**.
4. Plaintiff is **GRANTED** leave to **AMEND** the Complaint as to the claim that was asserted against Defendant United States Department of Education within **fourteen (14)** days of the date of this Order, on or before **October 14, 2026**. After fourteen (14) days, if Plaintiff does not file an Amended Complaint, Court will issue a Final Order dismissing the Complaint with prejudice against Defendant United States Department of Education.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**